IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| KRISTI L. WHITED | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:10-0016 |
| | ) | Judge Trauger |
| SHELBY LONG and the STATE OF TENNESSEE, | ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Given the filing of a Motion for Partial Dismissal by State of Tennessee (Docket No. 11), it is hereby ORDERED that the initial case management conference scheduled for June 7, 2010 is CONTINUED and reset for June 28, 2010, at 1:45 p.m.

It is so **ORDERED**.

ENTER this 1st day of June 2010.

ALETA A. TRAUGER
U.S. District Judge