IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | |
|---|---|
| KRISTI L. WHITED and SHELBY LONG, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 2:10-cv-0016 |
| | ) Judge Trauger |
| STATE OF TENNESSEE, | ) |
| | ) |
| Defendant. | ) |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motion for Summary Judgment filed by defendant State of Tennessee (Docket No. 21) is **GRANTED IN PART** and **DENIED IN PART**. The plaintiffs' claims regarding sexual discrimination and hostile work environment are hereby **DISMISSED**. Their claim regarding retaliation, as limited, remains for trial.

It is so Ordered.

Entered this 14th day of February 2011.

_____
ALETA A. TRAUGER
United States District Judge