# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE, AT NASHVILLE

| | |
|---|---|
| KRISTI L. WHITED and SHELBY LONG, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 2:10-0016 |
| v. ) | Judge Trauger |
| ) | Magistrate Judge Bryant |
| STATE OF TENNESSEE, ) | |
| ) | |
| Defendant. ) | |

___

## STIPULATION OF DISMISSAL
___

Come now the parties to the above referenced lawsuit, pursuant to Federal Rule of Civil Procedure 41, and stipulate to the dismissal of this case with prejudice as the case has been settled to the satisfaction of all parties. Each party agrees to bear and assume its own costs.

Done this the  6th   day of       October             , 2011.


s/Michael Giaimo
**MICHAEL G. GIAIMO, BPR# 19394**
Attorney for Plaintiffs
204 North Washington Avenue
Cookeville, TN 38501
Telephone: (931) 372-7515
Facsimile: (931) 372-2902

**ROBERT E. COOPER, JR.**
**ATTORNEY GENERAL AND REPORTER**


_s/MelissaBrodhag_____
**MELISSA BRODHAG, BPR #021133**
Assistant Attorney General
Civil Litigation and State Services Division
Attorney for Defendants
Post Office Box 20207
Cordell Hull Building, 2nd Floor
Nashville, TN 37202
Telephone: (615) 741-6429
Facsimile: (615) 741-7327